**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL ACTION**

**LISA N. BOSTICK,** **CASE NO.:**

**Plaintiff,** **DIVISION:**

**vs.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

**Defendant.**
_____________________________/

**PLAINTIFF'S COMPLAINT,
DEMAND FOR JURY TRIAL AND
NOTICE OF DESIGNATION OF E-MAIL ADDRESSES**

Plaintiff, **LISA N. BOSTICK**, sues the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, and alleges:

1. This is an action for damages that exceeds $15,000.00.

2. At all times material hereto the Plaintiff, LISA N. BOSTICK, was and is a resident of Hillsborough County, Florida.

3. At all times material hereto the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was and is a corporation which is duly authorized to and is doing business in Hillsborough County, Florida.

4. On or about November 14, 2013, Blair S. Alsup, an insured motorist, operated her motor vehicle on Bloomingdale Avenue in Brandon, Hillsborough County, Florida.

5. On the aforementioned date, Blair S. Alsup, negligently operated and maintained her motor vehicle so that it collided with the motor vehicle owned and operated by the Plaintiff, LISA N. BOSTICK.

6. As a result, Plaintiff, LISA N. BOSTICK, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

7. On the aforementioned date, Plaintiff, LISA N. BOSTICK, was insured under an automobile insurance policy issued by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, policy number 092 9559-D15-59E, which policy included coverage for underinsured motorist benefits. Verification of coverage is attached as Exhibit “A” and incorporated by reference herein.

8. On the aforementioned date, the tortfeasor, Blair S. Alsup, was insured under an automobile insurance policy issued by Geico General Insurance Company, policy number 4018-47-40-17, which provided a combined single liability limit of $100,000. Verification of coverage is attached as Exhibit “B” and incorporated by reference herein.

9. Geico General Insurance Company tendered the policy limits and Plaintiff accepted these limits in full and final settlement for the bodily injuries Alsup caused. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, waived its right to subrogation as evidenced by its subrogation waiver letter attached as Exhibit “C” and incorporated by reference herein.

10. The settlement of $100,000 and personal injury protection benefits were insufficient to compensate Plaintiff for her injuries.

11. As a result of Plaintiff, LISA N. BOSTICK'S, serious injuries, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, is obligated to pay the underinsured motorist policy benefits to Plaintiff, but has not done so.

12. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has breached its contract of insurance by its failure to pay the full value of Plaintiff's claim for personal injuries.

**WHEREFORE**, Plaintiff, LISA N. BOSTICK, hereby demands judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in an amount sufficient to compensate her for her injuries, plus costs of suit and attorney's fees, if applicable.

**DEMAND FOR JURY TRIAL**

Plaintiff, LISA N. BOSTICK, demands a trial by jury on all issues so triable.

**NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE OF DOCUMENTS BY ELECTRONIC MAIL**

Plaintiff, LISA N. BOSTICK, by and through the undersigned Counsel and pursuant to Florida Rule of Judicial Administration 2.516, hereby designates the following primary and secondary e-mail addresses for service by electronic mail in the above-captioned matter:

Counsel's Name: Michael P. Maddux, Esquire
Primary -mail address: mmaddux@madduxattorneys.com
Secondary e-mail address: jsalter@madduxattorneys.com
Secondary e-mail address: ctonski@madduxattorneys.com

**DATED** this 9th day of February, 2016.

**MICHAEL P. MADDUX, P.A.**

*s/ Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar Number: 964212
Trial Counsel for Plaintiff
2102 West Cleveland Street
Tampa, Florida 33606
Telephone: (813) 253-3363
Facsimile: (813) 253-2553
E-Mail: mmaddux@madduxattorneys.com