# Case No.: 8:16-cv-1400-VMC-AAS

## LISA N. BOSTICK
## V.
## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# EXHIBIT A

**Defendant's Daubert Motion to Strike Certain Expert Opinions and Testimony of Robert W. Johnson and James A. Mills**

## Robert W. Johnson & Associates

FORENSIC ECONOMISTS

February 13, 2017

Mr. Alejandro Blanco
The Blanco Law Firm P.C.
535 North Brand Blvd., Suite 700
Glendale, CA 91203

Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

Dear Mr. Blanco:

Opinions:

My primary task was to calculate the value of economic damages for Dr. Lisa Bostick. This opinion is set forth in my *Economic Impact Report*, attached as Exhibit "A". This economist reserves the right to amend this opinion based upon more current or relevant data and evidence admitted at the time of trial.

1. Data Considered:

My opinion is based in part on my experience, training and knowledge as a forensic economist. In forming my opinions I have reviewed the following documents:

a. 2008 - 2014 tax returns and W-2s;
b. Pay stubs from The University of Tampa for the periods ending 1/16/2017 and 1/31/2017;
c. Employment records from The University of Tampa;
d. Pension benefit schedule for The University of Tampa;
e. Life Care Plan from Christopher Leber, M.D. dated 2/13/217;
f. Copy of complaint with exhibits dated 2/9/2016;
g. Plaintiff's Answers to Interrogatories dated 5/13/2016;
h. Fringe benefits data provided by the U.S. Bureau of Labor Statistics;
i. NATIONAL VITAL STATISTICS REPORTS, Volume 65, Number 8, UNITED STATES LIFE TABLES, 2012. National Center for Health Statistics, 2016; and
j. Council of Economic Advisors, ECONOMIC REPORT OF THE PRESIDENT, 1991-2016.

4984 El Camino Real • Suite 210 • Los Alto  35 • 650 / 494-2413 • Fax 650 / 494-2454

February 13, 2017
Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.
Page 2 of 2

2. Exhibits

    I have not yet created or prepared any exhibits.

3. Qualifications

    A summary of my qualifications and recent publications is attached as:

        Mr. Johnson – Exhibit "B"
        Mr. Mills – Exhibit "C"

4. Compensation

        Mr. Johnson – $700.00 per hour
        Mr. Mills – $595.00 per hour

5. Prior Expert Testimony

        Mr. Johnson – Exhibit "D"
        Mr. Mills – Exhibit "E"

If we can be of further assistance, please call either of us.

Very truly yours,

Robert W. Johnson        James A. Mills

**Exhibit "A"**

# ECONOMIC  IMPACT REPORT

Robert W. Johnson & Associates

4984 El Camino Real Suite 210 Los Altos, CA 94022

PERSONAL INJURY
Economic Impact Report

Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

Robert W. Johnson & Associates
Los Altos, CA

## Robert W. Johnson & Associates
FORENSIC ECONOMISTS

February 13, 2017

Mr. Alejandro Blanco
The Blanco Law Firm P.C.
535 North Brand Blvd., Suite 700
Glendale, CA 91203

Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

Dear Mr. Blanco:

I have examined the information given to Robert W. Johnson & Associates regarding Dr. Lisa Bostick and her pecuniary losses. Based on this data, I have calculated the present cash value of her economic loss using generally accepted statistical techniques and econometric methods of analysis. My opinion on this matter is set forth below. This economic analysis does not include any possible damages for Dr. Bostick's non-economic damages.

This economic loss evaluation presumes several economic relationships regarding interest rates, inflation, wages and wage growths. These relationships were empirically determined based on over 50 years of post-World War II economic data (please see the discussion of economic assumptions).

|  | Total Expected Value | Total Present Value |
|---|---|---|
| Expected Income | $1,789,264 | $1,748,409 |
| Mitigating Income | $0 | $0 |
| **LIFE CARE PLAN EXPENSES** | | |
| CPI Expenses | $316,466 | $273,755 |
| MCPI Expenses | $752,709 | $827,148 |
| TOTALS: | $2,858,439 | $2,849,312 |

If we can be of further assistance, please call either of us.

Very truly yours,

Robert W. Johnson

James A. Mills

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

Name: Dr. Lisa Bostick

Date of birth: 11/14/1958

Age at date of loss: 58
Gender: Female

Date of loss: 4/1/2017
Date of report: 2/13/2017

Expected Employment: Associate Professor of Accounting

This report quantifies the economic damages of this case. It does not include any non-economic damages.

All future losses, expenses, mitigating income, etc. (if applicable), beyond the current year are brought to a present value using the appropriate discount or net discount rates as discussed on the following page(s).

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

This analysis calculates the present value of Dr. Bostick's economic damages[1], starting 4/1/2017, until the end of her life expectancy. This analysis does not consider loss of society or any other non-economic issue. This economist reserves the right to amend this opinion based upon more current or relevant data and evidence admitted at the time of trial.

**Expected Income:**

This analysis estimates Dr. Bostick's Expected Income for the remainder of 2017[2] to be $31,825, and in 2018 and thereafter to be $127,298 per annum as an Associate Professor of Accounting based on information supplied by The University of Tampa. Dr. Bostick's fringe benefits are estimated to be 26.4% of her Expected Income based on information supplied by The University of Tampa and the U.S. Bureau of Labor Statistics. Dr. Bostick's Expected Income is reduced to present value by a net 0.4% discount rate. Dr. Bostick's Expected Income is calculated until the end of her work-life capacity in the year 2028.

**Mitigating Income:**

This analysis does not estimate any Mitigating Income for Dr. Bostick, per counsel.

**LIFE CARE PLAN EXPENSES**

**CPI Expenses:**

This analysis calculates the present value of the cost of Life Care Plan Expenses due to the injuries to Dr. Bostick. This analysis estimates that Dr. Bostick's Life Care Plan Expenses in the years 2017 to 2043 will range from $1,800 to $30,870 per annum based on information supplied by Christopher Leber, M.D. Dr. Bostick's Life Care Plan Expenses are reduced to present value by a net 0.8% discount rate. Dr. Bostick's Life Care Plan Expenses are calculated until the end of her life expectancy in the year 2043.

**MCPI Expenses:**

This analysis calculates the present value of the cost of Life Care Plan Expenses due to the injuries to Dr. Bostick. This analysis estimates that Dr. Bostick's Life Care Plan Expenses in the years 2017 to 2043 will range from $3,135 to $45,009 per annum

---

[1] This analysis does not include the value of employer contributions to retiree health coverage and will be amended upon receipt of additional information regarding this benefit program.
[2] This analysis begins calculating Dr. Bostick's Expected Income on October 1, 2017, per counsel.

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.


based on information supplied by Christopher Leber, M.D.  Dr. Bostick's Life Care Plan
Expenses are increased by a net 0.9% discount rate.  Dr. Bostick's Life Care Plan
Expenses are calculated until the end of her life expectancy in the year 2043.

# Interest Rates, Wage Growth & Inflation Rates
## 1950 - 2015



Robert W. Johnson & Associates

Source: Economic Report of the President, 1991 - 2016;
The U.S. Bureau of Labor Statistics



Decline in the Purchasing Power of $100
1950 - 2015

Robert W. Johnson & Associates

Source: Economic Report of the President, 1991 - 2016;
The U.S. Bureau of Labor Statistics



Average Weekly Earnings in Private Non-Agricultural Industries 1950 - 2015

Source: Average Weekly Earnings, Total Private; Economic Report of the President, 1991 - 2016

Robert W. Johnson & Associates



Increase in the Cost of $100 of Medical Care
1950 - 2015

Robert W. Johnson & Associates

Source: Economic Report of the President, 1991 - 2016;
The U.S. Bureau of Labor Statistics

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

Expected Income

| Year | Expected Income | Fringe Benefits | Expected Value | Present Value |
|------|----------------|-----------------|----------------|---------------|
| 2017 | 31,825 | 8,402 | 40,227 | 40,227 |
| 2018 | 127,298 | 33,607 | 160,905 | 160,264 |
| 2019 | 127,298 | 33,607 | 160,905 | 159,625 |
| 2020 | 127,298 | 33,607 | 160,905 | 158,989 |
| 2021 | 127,298 | 33,607 | 160,905 | 158,356 |
| 2022 | 127,298 | 33,607 | 160,905 | 157,725 |
| 2023 | 127,298 | 33,607 | 160,905 | 157,097 |
| 2024 | 127,298 | 33,607 | 160,905 | 156,471 |
| 2025 | 127,298 | 33,607 | 160,905 | 155,847 |
| 2026 | 127,298 | 33,607 | 160,905 | 155,227 |
| 2027 | 127,298 | 33,607 | 160,905 | 154,608 |
| 2028 | 110,749 | 29,238 | 139,987 | 133,973 |
| Total | 1,415,554 | 373,710 | 1,789,264 | 1,748,409 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

Life Care Plan Expenses (CPI)

| Year | Life Care Plan Expenses | Present Value |
|------|------------------------|---------------|
| 2017 | 1,800 | 1,800 |
| 2018 | 6,025 | 5,977 |
| 2019 | 2,900 | 2,854 |
| 2020 | 2,400 | 2,343 |
| 2021 | 2,400 | 2,325 |
| 2022 | 2,400 | 2,306 |
| 2023 | 2,400 | 2,288 |
| 2024 | 2,400 | 2,270 |
| 2025 | 2,400 | 2,252 |
| 2026 | 2,400 | 2,234 |
| 2027 | 2,400 | 2,216 |
| 2028 | 12,540 | 11,488 |
| 2029 | 12,540 | 11,396 |
| 2030 | 12,540 | 11,306 |
| 2031 | 12,540 | 11,216 |
| 2032 | 12,540 | 11,127 |
| 2033 | 12,540 | 11,039 |
| 2034 | 12,540 | 10,951 |
| 2035 | 12,540 | 10,864 |
| 2036 | 12,540 | 10,778 |
| 2037 | 12,540 | 10,693 |
| 2038 | 30,870 | 26,114 |
| 2039 | 30,870 | 25,906 |
| 2040 | 30,870 | 25,701 |
| 2041 | 30,870 | 25,497 |
| 2042 | 30,870 | 25,294 |
| 2043 | 6,791 | 5,520 |
| Total | 316,466 | 273,755 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Bostick, et al. v. State Farm Mutual Automobile Insurance Company, et al.

Life Care Plan Expenses (MCPI)

| Year | Life Care Plan Expenses | Present Value |
|------|------------------------|---------------|
| 2017 | 31,983 | 31,983 |
| 2018 | 38,821 | 39,174 |
| 2019 | 36,598 | 37,266 |
| 2020 | 36,716 | 37,725 |
| 2021 | 45,009 | 46,666 |
| 2022 | 43,362 | 45,367 |
| 2023 | 42,944 | 45,338 |
| 2024 | 42,478 | 45,253 |
| 2025 | 43,321 | 46,570 |
| 2026 | 44,947 | 48,757 |
| 2027 | 29,539 | 32,334 |
| 2028 | 29,365 | 32,435 |
| 2029 | 26,239 | 29,246 |
| 2030 | 24,359 | 27,397 |
| 2031 | 24,203 | 27,469 |
| 2032 | 21,526 | 24,652 |
| 2033 | 22,881 | 26,442 |
| 2034 | 21,293 | 24,830 |
| 2035 | 21,700 | 25,535 |
| 2036 | 24,029 | 28,532 |
| 2037 | 20,200 | 24,204 |
| 2038 | 18,904 | 22,856 |
| 2039 | 15,014 | 18,318 |
| 2040 | 14,840 | 18,270 |
| 2041 | 15,166 | 18,841 |
| 2042 | 14,137 | 17,722 |
| 2043 | 3,135 | 3,966 |
| Total | 752,709 | 827,148 |

## NET DISCOUNT RATES

This report quantifies the economic damages of this case.  It does not include non-economic (general) damages.

The future lost wages are brought to a present value using a net discount rate for wages. Simply put, the net discount rate represents the historical relationship between inflation, wage growth, and interest rates.  The net discount rates used in this report were determined from post-war (1950 - 2015) U.S. economic data and are illustrated in the attached chart.  The economic data for the period of 1950 - 1963 has been adjusted to incorporate post 1963 data set changes.

For future wages the net discount rate is 0.4%.  This is based on historical economic trends.  Generally, the interest rate has been about 0.8% above the inflation rate, and 0.4% above the wage growth rate. Thus, 0.4% is the net discount rate for wages.

As a simple example in round numbers, suppose John Doe earned $100 this year and you want to compensate him today for next year's earnings.  Also, suppose that the inflation rate will be 5%.  Because the interest rate is 1% above the inflation rate, the interest rate will likely be 6%.  Similarly, because wages grow 0.5% faster than inflation, Mr. Doe is expected to earn 5.5% more next year, or $105.50.  Since the money you give Mr. Doe will earn interest, if you give him $99.50 now, he will have $105.50 in a year.  The $99.50 is the present value of his future wages.  In addition, in round numbers, the $99.50 can also be arrived at by simply discounting the $100 by 0.5%.

It should be noted that the net discount rate is based on long-term trends and in any particular year these relationships may or may not hold.  However, in the long run, these trends are valid.

In cases where the subject's wage growth is assumed to track the national average and he has no expected job changes, the column showing his wages will remain constant after the present year.  This is correct.  Wage growth, inflation, and interest rates are all accounted for in the discounting process.

Similarly, the anticipated medical costs and other expenses may be brought to a present value using a medical net discount rate that encompasses the inflation rate for medical costs and the interest rate. The net discount rate for future medical expenses is +0.9%.

PRECEDENTS FOR NET DISCOUNT RATE METHODOLOGY

The following cases support the concept of a net discount rate to account for wage growth, inflation, and interest rates:

Feldman v. Allegheny Airlines, Inc., 524 F. 2d 384 (2d Cir. 1975).

Doca v. Marina Mercante Nicaraguense, S.A., 634 F. 2d 30 (2d Cir. 1980).

Gretchen v. United States, 618 F. 2d 177 (2d Cir 1980).

Espana v. United States, 616 F. 2d 41 (2d Cir. 1980).

Sauers v. Alaska Barge-Transport, Inc., 600 F 2d 238 (9th Cir. 1979).

Pfeifer v. Jones & Laughlin Steel Corp., 462 U.S. 523 (1983).

Culver v. Slater Boat Co., 722 F. 2d 114 (5th Cir. 1983).

BIBLIOGRAPHY

Bureau of Labor Statistics, CONSUMER EXPENDITURE SURVEY, United States Department of Labor, 1994-1995.

Bureau of Labor Statistics, OCCUPATIONAL OUTLOOK HANDBOOK, United States Department of Labor, current year.

Bureau of Labor Statistics, WORK LIFE ESTIMATES, United States Department of Labor, 1986.

U.S. Census Bureau, STATISTICAL ABSTRACT OF THE UNITED STATES, United States Department of Commerce, 2012.

Center for Nutrition Policy and Promotion, EXPENDITURES ON CHILDREN BY FAMILIES, publication number 1528-2012, United States Department of Agriculture, 2012.

Patton, Robert and Nelson, David, "Estimating Personal Consumption Costs in Wrongful Death Cases", in JOURNAL OF FORENSIC ECONOMICS, 4(2) 1991; and Ruble, Michael, Patton, Robert and Nelson, David, "Patton-Nelson Personal Consumption Tables 2011-12" in JOURNAL OF LEGAL ECONOMICS, 21(1) 2014.

Council of Economic Advisors, ECONOMIC REPORT OF THE PRESIDENT, 1991-2016.

U.S. Census Bureau, CURRENT POPULATION SURVEY 2015, (a) MARCH SUPPLEMENT: EDUCATIONAL ATTAINMENT IN THE UNITED STATES, Table 9, United States Department of Commerce, 1993-2006; (b) ANNUAL SOCIAL AND ECONOMIC SUPPLEMENT, Tables PINC-03 and PINC-04, 1999-2014.

NATIONAL VITAL STATISTICS REPORTS, Volume 65, Number 8, UNITED STATES LIFE TABLES, 2012. National Center for Health Statistics, 2016.

Expectancy Data, THE DOLLAR VALUE OF A DAY, TIME DIARY ANALYSIS: Dollar Valuation. Shawnee Mission Kansas, current year.

United States Department of Labor, Bureau of Labor Statistics, NATIONAL COMPENSATION SURVEY: EMPLOYER COSTS FOR EMPLOYEE COMPENSATION, - December 2015.

United States Department of Labor, Bureau of Labor Statistics.