UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA N. BOSTICK,

    Plaintiff,

v.                           Case No. 8:16-cv-1400-T-33AAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

This matter is before the Court in consideration of the March 8, 2018, Report and Recommendation of United States Magistrate Judge Amanda Arnold Sansone (Doc. # 173), recommending that Defendant State Farm Mutual Automobile Insurance Company be awarded $16,351.23 in taxable costs, plus prejudgment interest, as the prevailing party. No objections to the Report and Recommendation have been filed, and the time for filing objections has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence

1

of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the Report and Recommendation. The Report and Recommendation thoughtfully addresses the issues presented, and the Court agrees with the Magistrate Judge's detailed and well-reasoned analysis.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 173) is **ADOPTED.**

(2) Defendant's Motion to Tax Costs (Doc. # 156) is **GRANTED in PART and DENIED in PART** such that State Farm is entitled to $16,351.23 in taxable costs, plus

prejudgment interest, as specified in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of March, 2018.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE