UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA N. BOSTICK,

       Plaintiff,

v.                        Case No. 8:16-cv-1400-T-33AAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.
_____/

## **ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation (Doc. # 186), filed on May 23, 2018, recommending that Defendant's Motion for Attorney's Fees (Doc. # 178) be granted in the amount of $236,663.48. On June 6, 2018, Plaintiff Lisa N. Bostick filed an Objection to the Report and Recommendation (Doc. # 189). State Farm did not respond to the Objection. For the reasons that follow, the Court adopts the Report and Recommendation.

## **Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112

(1983). If a party files a timely and specific objection to a finding of fact by the magistrate, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Report and Recommendation thoroughly and thoughtfully addresses the issues presented and none of the arguments raised in the Objection provide a basis for rejecting the Report and Recommendation. After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 186) is **ACCEPTED** and **ADOPTED.**

(2) Bostick's Objection (Doc. # 189) is **OVERRULED.**

(3) Defendant's Motion for Attorney's Fees (Doc. # 178) is **GRANTED** in the amount of $236,663.48.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>3rd</u> day of July, 2018.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE